# United States District Court

-------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| **DUSTIN CONFER, on behalf of himself and all others similarly situated,** | |
| **Plaintiff,** | **Case No. 2:22-cv-02219-HLT-ADM** |
| **v.** | |
| **MILWAUKEE ELECTRIC TOOL CORPORATION,** | |
| **Defendant.** | |

## JUDGMENT IN A CIVIL CASE

☐　Jury Verdict.　This action came before the Court for a jury trial.　The issues have been tried and the jury has rendered its verdict.

☒　Decision by the Court.　This action came before the Court.　The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 26), this matter is dismissed without prejudice. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: November 30, 2022　　　　　　_/s/  M. Deaton_____
　　　　　　　　　　　　　　　　　By Deputy Clerk